**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**TIEN SIN JIANG, Defendant–**
**Appellant.**

No. 06–35945.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted June 7, 2007.

Filed June 13, 2007.

---

Joanne Y. Maida, Esq., Helen J. Brunner, Esq., Michael J. Lang, Esq., USSE–Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Bruce D. Erickson, Esq., Law Offices of Bruce D. Erickson, Seattle, WA, for Defendant–Appellant.

Before: B. FLETCHER, PREGERSON, and IKUTA, Circuit Judges.

### MEMORANDUM *

■ Tien Sin Jiang ("Jiang") appeals the district court's denial of his 28 U.S.C. § 2255 petition. We affirm because Jiang's petition is untimely. *See* 28 U.S.C. § 2255. Jiang's petition is not saved by the Supreme Court's decision in *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), because *Booker* is not retroactive. *See United States v. Cruz*, 423 F.3d 1119, 1121 (9th Cir.2005). There is no authority for Jiang's argument that there is a distinct Fifth Amendment holding in Booker that is substantive and, therefore, retroactive.

■ We are without jurisdiction to reach the uncertified issues briefed by Jiang because they are all untimely. *See* 28 U.S.C. § 2255. Likewise, Jiang fails to

---

* This disposition is not appropriate for publication and is not precedent except as provided

present "extraordinary circumstances" that would justify recalling this court's previous mandate. *See Calderon v. Thompson*, 523 U.S. 538, 550, 118 S.Ct. 1489, 140 L.Ed.2d 728 (1998).

**AFFIRMED.**